United States District Court
Southern District of Texas

**ENTERED**

June 15, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ISABEL AVELAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:17-cv-00141 |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This Court is in receipt of the parties' "Stipulation of Dismissal" (Docket No. 14) (hereafter the "Stipulation"). The Stipulation is signed by all remaining parties and dismisses the instant matter without Court order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See* Docket No. 14, at 1. Accordingly, the Clerk of the Court is hereby **ORDERED** to close this case.

Signed on this ___*14th*___ day of ___*June*___, 2018.


_____
Rolando Olvera
United States District Judge